IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VALENCIA GARNER, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-002
)
UNITED STATES GOVERNMENT/FEDERAL )
BUREAU OF INVESTIGATION, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed.[1] After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ADOPTS** the same as its Opinion. This case is **TRANSFERRED** to the **Northern District of Georgia, Atlanta Division**, and the **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 23rd day of April, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] This Court granted Plaintiff additional time to file objections on April 7, 2010. (Doc. 9.) Despite this extra time, Plaintiff has still failed to file any objections to the Magistrate Judge's Report and Recommendation.